

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00326-CR

Leonard **CHARGUALAF**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1243-CR-A
Honorable William D. Old III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED, and counsel's motion to withdraw is GRANTED.

SIGNED March 9, 2022.

_____
Rebeca C. Martinez, Chief Justice